

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-16-00809-CV

Andrew **GOSS**,
Appellant

v.

Shakia **GOSS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02273
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant, proceeding pro se, has filed a motion requesting that we abate the appeal and remand to the trial court in order for appellant to file an out-of-time motion for new trial or, alternatively, that we suspend the rules of appellate and civil procedure and grant a new trial based on appellant's motion. The trial court's final judgment granting a divorce and awarding conservatorship of the children was signed on November 30, 2016. The record shows appellant filed a timely motion for new trial on December 19, 2016, and it was denied by the trial court after a hearing. Appellant bases his current request for permission to file a new, out-of-time motion for new trial on "newly discovered evidence" that consists of the reporter's record and exhibits from the trial. Even if this court was to consider suspending the rules to permit such a late filing, the trial transcript and exhibits do not constitute "newly discovered evidence" within the meaning of the rule. *See* TEX. R. CIV. P. 324(b)(1). Appellant's "Motion to Abate Appeal and Remand for Hearing on Motion for New Trial and For Permission to File Out of Time Motion for New Trial" is DENIED.

Appellant has also filed an "Emergency Motion to Stay Trial Court Judgment Pending Appeal and Motion for Expedited Consideration" in which he seeks a stay of the trial court's judgment pending resolution of the appeal based on the financial burden on appellant to pay child support as ordered in the final judgment. The Texas Rules of Appellate Procedure provide a mechanism for an appellant to suspend enforcement of a judgment during appeal and appellant has not availed himself of the remedy provided by the rule. *See* TEX. R. APP. P. 24. Appellant's motion is DENIED.

The appellee's brief is currently due on July 26, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.



_____
Luz Estrada
Chief Deputy Clerk